UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

AMIR DENHA,

    Respondent.
_____/

MISC. NO. 07-X-51010

HON. PAUL D. BORMAN

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Amir Denha, has complied with the Internal Revenue Service Summons served upon him on June 14, 2007, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Amir Denha, by the petitioner is hereby dismissed without prejudice and without costs.

                                                  s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: January 23, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 23, 2008.

                                                s/Denise Goodine
                                                Case Manager